O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-28-12

_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL TYRONE JACKSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KEVIN PUEBLA, et al.,<br><br>　　　　　Defendants. | Case No. CV 12-6370-TJH (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, including the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that (1) plaintiff's claims against the LAPD defendants in their official capacities are dismissed without leave to amend; (2) plaintiff's claims against Officers Sun and Swailes in their individual capacities are dismissed with leave to amend; and (3) if plaintiff still desires to pursue his claims against Detective Puebla and Officers Sun and Swailes in their individual capacities, he shall file a Third Amended Complaint within thirty (30) days that is limited to his

claims against those defendants in their individual capacities and that rectifies the deficiencies discussed in the Report and Recommendation.

DATED: November 26, 2012

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE