JS-6/Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12/23/2014

D. Vo
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
DEC 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DV DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AL TYRONE JACKSON,

    Plaintiff,

vs.

KEVIN PUEBLA, et al.,

    Defendants.

Case No. CV 12-6370-TJH (RNB)

**JUDGMENT**

In accordance with the Order Re Dismissal of Action for Failure to Prosecute filed herein,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: December 19, 2014

/s/ Terry J. Hatter, Jr.
TERRY J. HATTER, JR.,
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY D.V. DEPUTY

1